# ORIGINAL

Page 1 of 2 U.S. District Court (Rev. 11/29/2001) - Pro Hac Vice

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

The Talaria Co, L.L.C. and
King Marine Imaging, L.L.C.
    Plaintiffs,

v.

Larry Belkov, Belkov Yacht   *
Carpentry Company, Inc., and
Bristol Yacht Sales   *
    Defendants.

\*\*\*\*\*\*\*\*\*\*\*\*

Case No. S01 CV 3716

$150.00
#56667

____ FEE PAID

____ FEE NOT PAID
(SEND LETTER)

## MOTION FOR ADMISSION *PRO HAC VICE*

I, Michael Caridi, am a member in good standing of the bar of this Court. My bar number is 14591. I am moving the admission of Vincent Palladino to appear *pro hac vice* in this case as counsel for Defendants.

We certify that:

1. The proposed admittee is a member in good standing of the bars of the following State Courts and/or United States Courts:

| Court | Date of Admission |
|---|---|
| State of New York | 1976 |
| Southern District of New York | 1976 |

2. During the twelve months immediately preceding this motion, the proposed admittee has been admitted *pro hac vice* in this Court zero (0) times.

3. The proposed admittee has never been disbarred, suspended, or denied admission to practice law in any jurisdiction.

4. The proposed admittee is familiar with the Code of Professional Responsibility, the Federal Rules of Civil and Criminal Procedure, the Federal Rules of Evidence, the

Federal Rules of Appellate Procedure and the Local Rules of this Court, and understands he/she shall be subject to the disciplinary jurisdiction of this Court.

5. The proposed admittee understands admission pro hac vice is for this case only and does not constitute formal admission to the bar of this Court.

6. Either the undersigned movant or _____, is also a member of the bar of this Court in good standing, and will serve as co-counsel in these proceedings.

7. **The $50.00 fee for admission *pro hac vice* is enclosed.**

Respectfully submitted,

| MOVANT | PROPOSED ADMITTEE |
|---|---|
| Signature *[signed]* | Signature *[signed]* |
| Michael Caridi | Vincent Palladino |
| ARMSTRONG, WESTERMAN, | Fish & Neave |
| & HATTORI, LLP | 1251 Avenue of the Americas |
| 1725 K Street, N.W., Suite 1000 | New York, New York 10020 |
| Washington, D.C. 20006 | Telephone: (212) 596-9070 |
| Telephone: (202) 659-2930 | Facsimile: (646) 728-2671 |
| Facsimile: (202) 887-0357 | No. VP-6042 |

************************************************************************

### ORDER

✔ GRANTED          _ DENIED


__06/25/02__                          _____
Date                                  United States District Judge