

**ORIGINAL**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

| | | |
|---|---|---|
| THE TALARIA COMPANY, LLC, et al. | * | |
| | * | |
| Plaintiffs, | * | |
| | * | |
| vs. | * | |
| | * | Case No. S01 CV 3716 |
| LARRY BELKOV, et al. | * | |
| | * | |
| Defendants. | * | |

### ASSENTED TO MOTION FOR ADMISSION *PRO HAC VICE*

I, David L. Permut, am a member in good standing of the bar of this Court. My bar number is 1(5111. I am moving the admission of Mark E. Tully to appear *pro hac vice* in this case as counsel for all plaintiffs, to serve as co-counsel with existing counsel of record. Counsel for the defendants assent to this motion.

We certify that:

1. The proposed admittee is a member of good standing of the bars of the following State Courts and/or United States Courts:

    | Court | Date of Admission |
    |---|---|
    | Massachusetts | 12/23/87 |
    | United States District Court for the District of Massachusetts | 1/26/88 |
    | United States Court of Appeals for the First Circuit | 8/3/89 |

2. During the twelve months immediately preceding this motion, the proposed admittee has not been admitted *pro hac vice* in this Court.



3. The proposed admittee has never been disbarred, suspended, or denied admission to practice law in any jurisdiction.

4. The proposed admittee is familiar with the Code of Professional Responsibility, the Federal Rules of Civil and Criminal Procedure, the Federal Rules of Evidence, the Federal Rules of Appellate Procedure and the Local Rules of this Court, and understands he/she shall be subject to the disciplinary jurisdiction of this Court.

5. The proposed admittee understands admission pro hac vice is for this case only and does not constitute formal admission to the bar of this Court.

6. The undersigned movant is also a member of the bar of this Court in good standing, and will serve as co-counsel in these proceedings.

7. **The $50.00 fee for admission *pro hac vice* is enclosed.**

Respectfully submitted,

| MOVANT | PROPOSED ADMITTEE |
|---|---|
| /s/ David L. Permut | /s/ Mark E. Tully |
| Signature | Signature |
| | Prid 26014 |
| David L. Permut | Mark E. Tully    Plid 110971 |
| GOODWIN PROCTER LLP | GOODWIN PROCTER LLP |
| 1717 Pennsylvania Avenue N.W. | 53 State Street |
| Washington, D.C. 20006 | Boston, MA 02109 |
| Telephone: (202) 974-1000 | Telephone: (617) 570-1000 |
| Fax:   (202) 331-9330 | Fax:  (617) 523-1231 |

*************************************************************************

**ORDER**

☒ GRANTED    ☐ DENIED

_7-11-02_  
Dated

Felicia C. Cannon  
by /s/ Lisa Stancer  
Clerk, United States District Court

LIBA/1179523.1

## CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of July, 2002, the foregoing ASSENTED TO MOTION FOR ADMISSION *PRO HAC VICE* was served, by First Class Mail, postage prepaid on, Defendants' Counsel, Andrew S. Tulumello, Gibson, Dunn & Crutcher LLP, 1050 Connecticut Avenue, N.W., Washington, D.C. 20036-5306.

_David R. Pernut_